■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL CHERRY, Appellant. [873 NYS2d 909]—Judgment, Supreme Court, New York County (Eduardo Padro, J.), entered on or about February 15, 2007, which adjudicated defendant a level three offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record supports the court's discretionary upward departure to a level three sex offender adjudication. There was clear and convincing evidence of factors, not adequately accounted for in the risk assessment instrument, demonstrating that defendant has a high risk of reoffending (*see e.g. People v O'Flaherty*, 23 AD3d 237 [2005], *lv denied* 6 NY3d 705 [2006]). Concur—Andrias, J.P., Saxe, Acosta and Renwick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS DURAN DE LA ROSA, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered on or about June 28, 2006, unanimously affirmed. *No opinion. Order filed. Concur*—Andrias, J.P., Saxe, Acosta and Renwick, JJ.